UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR. 06-450 LKK
v. )
Diallo Earl Sims, Jr. )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum       ( ) Ad Testificandum

Name of Detainee:   Diallo Earl Sims, Jr.
Detained at (custodian): Sacramento County Jail

Detainee is:     a.)   (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
            charging detainee with: 21/841, Distribution of Cocaine Base
   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   (X) return to the custody of detaining facility upon termination of proceedings
   or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
            currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California*

Signature: _Carolyn Delaney_
Printed Name & Phone No: __Carolyn K. Delaney, AUSA__
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  (X) Ad Prosequendum       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/14/06

               _Lawrence K. Karlton_
               United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                          **Male** Female
Booking or CDC #:   _09095785 05_                 DOB: 10/23/1975
Facility Address:   Sacramento County Jail            Race: Black
                                FBI #:
Facility Phone:
Currently Incarcerated For:   _Parole hold_

### RETURN OF SERVICE

Executed on _____    By: _____
                         (Signature)