UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DIALLO EARL SIMS, JR.,

        Defendant.

NO. CR. S-06-450 LKK

O R D E R

The Court is in receipt of Defendant's Request for Prior Jail Credit. After consideration, the request is DENIED.

IT IS SO ORDERED.

DATED: March 7, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT